THE STATE OF OHIO, APPELLEE, v. EVANS, APPELLANT.

[Cite as *State v. Evans,* 120 Ohio St.3d 1222, 2009-Ohio-253.]

(No. 2008–1608—Submitted December 16, 2008—Decided January 28, 2009.)

{¶ 1} Appellant has filed a motion for reconsideration of the court's denial of the discretionary appeal in this matter, reported at 119 Ohio St.3d 1506, 2008-Ohio-5467, 895 N.E.2d 567.

{¶ 2} The motion for reconsideration is granted. The discretionary appeal is accepted, the judgment of the court of appeals is reversed on the authority of *State v. Davis,* 119 Ohio St.3d 422, 2008-Ohio-4608, 894 N.E.2d 1221, and the cause is remanded to the court of appeals for further proceedings consistent with *State v. Davis.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.